**JESSE S. HERNANDEZ (Bar No. 92708)**                                        **JS-6**
  jsh@amclaw.com
**VANESSA H. WIDENER (Bar No. 203967)**
  vhw@amclaw.com
**JENNIFER S. MUSE (Bar No. 211779)**
  jsm@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street, 31st Floor**
**Los Angeles, California 90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Plaintiff,**
**FEDERAL DEPOSIT INSURANCE CORPORATION**
**as Receiver for INDYMAC BANK, F.S.B.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case No. CV09 08045-PA (SSx) |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL** |
| vs. | |
| PMC BANCORP, a California corporation, | |
| Defendant. | Trial:    December 7, 2010 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*ANDERSON, McPHARLIN & CONNERS LLP*
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

832324.1 5662.090

1    Based upon the Stipulation of Dismissal entered into between plaintiff

2  FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC") as Receiver for

3  INDYMAC BANK, F.S.B. and defendant PMC BANCORP ("PMC"), it is hereby

4  ordered that the above-captioned action be and hereby is dismissed in its entirety, as

5  to all parties and causes of action, with prejudice pursuant to Federal Rules of Civil

6  Procedure, Rule 41(a)(1), with the Court to retain jurisdiction to enforce or resolve

7  any claims pertaining to this settlement or any dispute related thereto.

8    **IT IS SO ORDERED:**

9

10  DATED:__November 19, 2010

11

12  _____

13  The Hon. Percy Anderson
    U.S. District Judge,
14  Untited States District Court,
    Central District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

832324.1 5662.090